AMENDMENT DATE: 5/30/2024   PURPOSE: Amendment



**SAN LUIS OBISPO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA**
**IEP Amendment(s) / Addendum Page**

Student Name E___ G___   Date of Birth ___   Amendment Date: 5/30/2024   Plan Effective Start Date: 5/31/2024

**Purpose of Meeting**
30 Day Meeting

Changes to the IEP dated 4/10/2024
- Update to Present Levels
- Change Wording of an Accommodation
- Increase Services and Placement for the 2024-2025 School Year

**CONSENT**

☐ I agree to the contents of the amendment to the IEP dated 4/10/2024
☐ I agree to the contents of the amendment to the IEP dated 4/10/2024, with the exception of
_____

Signature _____   Date _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

Signature _____   Date _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

**IEP AMENDMENT PARTICIPATION**

| | | | |
|---|---|---|---|
| Krystal Kunhle | 5/30/2024 | | |
| Parent/Guardian/Surrogate | Date | Parent/Guardian/Surrogate | Date |
| | | Dan Loney | 5/30/2024 |
| Student/Adult Student | Date | General Education Teacher | Date |
| Tristan Shorba | 5/30/2024 | Christine Cooks | 5/30/2024 |
| LEA Rep./ Admin. Designee | Date | Special Education Specialist | Date |
| Lisa Fiori/School Counselor | 5/30/2024 | Leandra Santoianni/Program Coordinator | 5/30/2024 |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |

☑ Parent/Adult student has received a copy of IEP Amendments/Addendum Page

If my child requires additional special education services as part of this amendment IEP and my child is or may become eligible for public benefits (Medi-Cal): I authorize the LEA/district to release student information for the limited purpose of billing Medi-Cal/Medicaid and to access Medi-Cal health insurance benefits for applicable services.

Signature _____

☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

AMENDMENT DATE: 5/30/2024  PURPOSE: Amendment



**SAN LUIS OBISPO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP) - INFORMATION / ELIGIBILITY**

**Student Legal Name:** ▓▓▓▓  **Legal Suffix:** ▓▓  **Date of Birth:** ▓▓▓▓  **IEP Date:** 4/10/2024
**Original SpEd Entry Date:** 5/6/2013   **Next Annual Plan Review:** 4/9/2025
**Last Reevaluation:** 4/10/2024   **Next Reevaluation:** 4/9/2027
**MEETING TYPE:** ☐ Initial ☑ Plan Review ☑ Reevaluation
**Additional Purpose of Meeting (If needed):** ☑ Transition ☐ Pre-Expulsion ☐ Interim ☐ Other

**Age:** 16 year(s) 0 months
**Grade:** 10 Tenth grade   **Native Language:** spa Spanish; Castilian
**EL:** ☑ Yes ☐ No   **Redesignated:** ☐ Yes ☑ No   **Interpreter:** ☐ Yes ☑ No
**Student ID:** 1156900   **SSID:** 4397161353

**Parent/Guardian:** Krystel Kuhnle   **Home Phone:** 8057690608
**Home Address:** ▓▓▓▓   **Work Phone:** 8056746188
**City:** ▓▓▓▓   **Cell Phone:** 8056746188
**State/Zip:** ▓▓▓▓   **Email:** Littlegetterbugs@gmail.com

**Parent/Guardian:** ▓▓▓▓   **Home Phone:** 8054008925
**Home Address:** ▓▓▓▓   **Work Phone:**
**City:** ▓▓▓▓   **Cell Phone:** 8054008925
**State/Zip:** ▓▓▓▓   **Email:**

**District of Special Education Accountability:** Atascadero Unified
**Residence School:** Atascadero High

**Hispanic Ethnicity:** ☑ Yes ☐ No  ☐ Ethnicity Intentionally Left Blank
**Race (regardless of Ethnicity): Race 1.** 700 White   **Race 2.** _____
**Race 3.** _____   **Race 4.** _____   **Race 5.** _____   ☐ Race Intentionally Left Blank

**INDICATE DISABILITY/IES** *Note: For initial and triennial IEPs, assessment must be done and discussed by IEP Team before determining eligibility.* \* Low Incidence Disability
**Primary:** Emotional Disturbance (ED)   **Secondary:** Other Health Impairment (OHI)
☐ Not Eligible for Special Education ☐ Exiting from Special Education (returned to reg. ed/no longer eligible)

**Describe how student's disability affects involvement and progress in general curriculum (or for preschoolers, participation in appropriate activities)** ▓▓▓▓ experiences difficulty in self control of emotions. When ▓▓▓▓ is experiencing emotional distress, his behaviors are characterized as verbal protests, threats, elopement, property destruction, physical aggression and emotional outbursts, including crying. ▓▓▓▓s emotional outbursts and behaviors disrupt the learning environment, pose safety concerns, requiring a highly structured and individualized learning environment. This negatively impact his access to and progress within the general educational environment.

**FOR INITIAL PLACEMENTS ONLY**
Has the student received IDEA Coordinated Early Intervening Services (CEIS) using 15% of IDEA funding in the past two years? ☐ Yes ☑ No
**Date of Initial Referral for Special Education Services:** 11/12/2012
**Person Initiating the Referral for Special Education service:** 10 Parent
**Date District Received Parent Consent:** 11/18/2012
**Date of Initial Meeting to Determine Eligibility:** 2/4/2013

AMENDMENT DATE: 5/30/2024  PURPOSE: Amendment



**SAN LUIS OBISPO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA**
**PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE**

Student Name: ▮▮▮▮▮▮▮▮  Birthdate: ▮▮▮▮▮▮▮▮  IEP Date: 4/10/2024

### Strengths/Preferences/Interests

▮▮▮ is in 10th grade and shared he desires to be back in the school setting. He indicates that he learned a lot of skills at Discovery Ranch, both academically and socially. He learned additional general life skills at the Ranch. ▮▮▮ is good at sports, pushing himself, dedication, exploring, analyzing, hearing people out, working hard, gardening, and, catching on pretty quickly to something especially when shown how to do it. ▮▮▮ indicated that the biggest challenge he faces in life is himself. After High School, ▮▮▮ would like to go into the field of construction or other physical labor. He indicated working as an electrician or lineman with PG&E is interesting to him. ▮▮▮ indicates that his favorite subject is History because he likes to learn about it. He indicated that his most difficult subject has always been Math stating that it is difficult and that he really does not understand it. ▮▮▮ reports that he could probably do better with school if he wore glasses as prescribed, indicating that he had been prescribed to wear them for a long time; however, has not worn them since about the 4th grade. When asked if he could tell teachers or his school what best supports him in the Academic Setting, he would say that the regular setting, with a lot of kids, is not helpful. ▮▮▮ indicates that, for him, it is easier to be taught one on one, at his pace, so that he can focus and learn.

### Parent input and concerns relevant to educational progress

Parent shared she is concerned that he has been out of school and he won't get the time back. She is concerned that he continue to learn. ▮▮▮ shared that he knows how he learns, and will teach people how he learns. He shared school isn't that hard, it's patience. He thinks he is doing perfectly fine and parent agreed.

## Smarter Balanced Assessment Consortium (SBAC)

### English/Language Arts

☑ Not Applicable

**English/Language Arts Overall**
☐ Standard Exceeded  ☐ Standard Met  ☐ Standard Nearly Met  ☐ Standard Not Met

| | |
|---|---|
| Reading | ☐ Above Standard  ☐ Near Standard  ☐ Below Standard |
| Writing | ☐ Above Standard  ☐ Near Standard  ☐ Below Standard |
| Speaking and Listening | ☐ Above Standard  ☐ Near Standard  ☐ Below Standard |
| Research/Inquiry | ☐ Above Standard  ☐ Near Standard  ☐ Below Standard |

### Math

☑ Not Applicable

**Math Overall**
☐ Standard Exceeded  ☐ Standard Met  ☐ Standard Nearly Met  ☐ Standard Not Met

| | |
|---|---|
| Concepts and Procedures | ☐ Above Standard  ☐ Near Standard  ☐ Below Standard |
| Problem Solving and Data Analysis | ☐ Above Standard  ☐ Near Standard  ☐ Below Standard |
| Communication Reasoning | ☐ Above Standard  ☐ Near Standard  ☐ Below Standard |

## California Alternate Assessments (CAA)

☑ Not Applicable

| | |
|---|---|
| English Language Arts | ☐ Understanding  ☐ Foundational Understanding  ☐ Limited Understanding |

Math     ☐ Understanding ☐ Foundational Understanding ☐ Limited Understanding
Science   ☐ Understanding ☐ Foundational Understanding ☐ Limited Understanding

**English Language Development Test (English Learners Only)**
☐ Not Applicable

**English Language Proficiency Assessments of California (ELPAC)**
☐ Initial ELPAC
☑ Summative ELPAC
Overall Score: _2/4-2019_  Overall Performance Level:  Oral Language Score/Level: _3/4-2019_
Written Language Score/Level: _1/4-2019_

**Scores by domain**
Listening: _Somewhat Moderately_  Speaking: _Somewhat Moderately_  Reading: _1_  Writing: _1_

**Performance by domain**
Listening:  Speaking:  Reading: _Beginning to develop_  Writing:

**Alternate English Language Proficiency Assessments for California (Alternate ELPAC):**
☐ Initial Alternate ELPAC
☐ Summative Alternate ELPAC
Overall Score:  Overall Performance Level:

**Physical Education Testing** (grades 5, 7 & 9) ▇▇▇ is in 10th grade and not required to participate in state physical education testing.

**Other Assessment Data** (e.g., curriculum assessment, other district assessment, etc. ▇▇▇ has not participated in the ELPAC and was considered for redesignation in Jan. 2023. He needs an updated ELPAC assessment per discussion with the parent at the 10/9/23 IEP.

4/4/2024:

Teacher reports, from Discovery Ranch, through 8/31/2023 were evaluated for information related to accessing academics. The most recent reports by teachers indicate the following:
English (8/31/2023): ▇▇▇ completed English 9 and is working on an elective. He works hard and focuses on his work. He prompts others appropriately and is a great example.
History (8/24/2023): Currently, 80% complete with his World History Course. His behavior in class was reported as being "good".
Weekly Planning (8/8/2023): ▇▇▇ had a really hard day because his advisor is gone and he seems anxious about the future. He was provided reassurance and positive support. The teacher reports that ▇▇▇ chose a growth mindset of viewing challenges and opportunities, and we talked
about ways he can do that in school, and ways I already see him doing that.
One Lesson (6/21/2023): ▇▇▇ has been doing very well in class, he has been working diligently to stay on track with his goals. ▇▇▇ needs
help remembering the process of how to do the problems but after a short reteach he is able to complete the assignment and or quiz.
Math (5/18/2023): ▇▇▇ has been working on factoring polynomials: difference of squares. He worked on the instruction and then independently filled out the guided notes. Teacher reports observing really good progress in ▇▇▇ as his motivation has increased.

Additionally, review of notes from one on one or small group tutoring, while at Discovery Ranch, provided insight into ▇▇▇ access to academics. Summarizing information indicates that his social emotional state impacts his willingness to participate, wait time if often needed for ▇▇▇ to determine his role in participating in presented academic tasks; and, once he does engage he puts forth appropriate effort to meet the objective of what has been presented to work on. Progress was noted for the subjects of Algebra 1, UT World History, and Language Arts.

Cognitive Assessment: 2/2024

Area of Assessment Standard Score Descriptor
Comprehension Knowledge (Gc) Composite 94 Average
Comprehension Knowledge (Gc) SPANISH Composite 61 Low
Fluid Reasoning (Gf) Composite 89 Average
Long Term Storage and Retrieval (Glr) 60 Low
Short Term Memory (Gsm) Composite 85 Average
Visual Processing (Gv) Composite 109 Average
Auditory Processing (Ga) Composite 117 Average
Processing Speed (Gs) Composite 93 Average

Hearing Date: 1/30/2024 ☑Pass ☐Fail ☐ Other
Near Vision Date: 1/31/2024 ☐Pass ☑Fail ☑ Other  *Student has been prescribed glasses for astigmatism and farsightedness, but does not wear them. He passed with photo screener and does not like to wear glasses*
Distance Vision Date: 1/31/2024 ☐Pass ☑Fail ☑ Other  *Student has been prescribed glasses for astigmatism and farsightedness. He passed with photo screener and reports he does not like to wear glasses*

**Preacademic/Academic/Functional Skills**
10/9/2023:
▇▇▇ did not earn credit toward his 10th grade year. Father removed him from his NPS placement in September 2023. He earned 55 credits toward his high school diploma at Discovery Ranch and a GPA of 3.08. ▇▇▇ earned 4.48 credits toward his high school diploma at the San Luis Obispo Juvenile Court School, and a GPA of 3.05.

8/31/2023:
Language Arts-Reading: Edgar demonstrates an ability to read a passage at 870 Lexile and scored a 4/5 in correctly answering comprehension questions in one trial.

Current course grades from San Luis Obispo County Juvenile Court School, Spring 2023-2024:
Course Grade
English 10 C+ (.80 credits)
Algebra 1 B- (.80 credits)
US History B+ (1.04 credits)
Life Science B+ (.08 credits)
Life Skills B+ (.72 credits)
PE A (1.04 credits)

Academic Achievement Testing: 2/2024

An Education Specialist assessed ▇▇▇ utilizing the Educational Achievement Third Edition (KTEA III) contains tests measuring academic achievement. A description of each ability is provided. Performance is compared to sam age peers using a standard score range. Proficiency is described categorically, ranging from very high to very low. Tests cover a wide range of achievement and language domains and provide error analysis capabilities. Student's scores on the academic testing are as follows:

Composite/Subtest Standard Score Descriptor

Academic Skills Battery Composite 73 Low
Reading Composite 80 Below Average
Math Composite 71 Low
Written Language Composite 74 Low

**Communication Development**
4/4/2024:
▇▇▇ demonstrates an ability to communicate his thoughts feelings, and ideas orally appropriately with adults. He demonstrates significant self awareness of his social emotional state as it is impacting his current motivation to communicate and/or engage in tasks presented. Oral Expression skills and ability are identified as being in the average range per academic achievement testing (Standard Score of 107 on the KTEA III, 2/2024). Edgar demonstrates skills of

communicating in written format indicating a willingness to write or type his thoughts and ideas. Appropriate communication with others is more often demonstrated in a setting of respect along with willingness to engage with the person with whom he is communicating.

**Gross/Fine Motor Development**
There are no concerns in this area. ▮ enjoyed playing sports and demonstrated coordination and balance. His fine motor skills were commensurate with his peers.

**Social Emotional/Behavioral**
January 5, 2023
▮ continued to struggle with his desire to be a part of his family and his desire to be in a gang. He saw the gang as a support to him because they took him in when he was struggling and made him feel important. He loves his family but the gang's support and attention was and continued to be a strong draw for him.
▮ was having some good conversations with his staff and this therapist. He was open about the struggles that he was having. ▮ had put very little effort into his therapy. He had a minimum expectation of 7 hours a week for therapy, one hour a day. If he had consequences or protocols then he had more time to work on therapy. With all that time available he completed a half a page assignment and nothing else the last week. He was not sure about going on a home visit.
▮ struggled with family issues and being back home with his gang in Atascadero.

Dichotomies for ▮
▮ would hang out with positive peers vs hang out with negative peers.
▮ would be respectful towards the staff vs being disrespectful.
▮ would have appropriate conversations vs. talking about drugs or other inappropriate things.
▮ had been putting in a lot of effort with his behaviors, but he did tend to go back and forth when it came to finding motivation to do well. ▮ expressed he did a lot of things for his level, but did not seem to be internalizing the program. He had done better with associating himself with positive peers, but at times had a tendency to gravitate towards negativity. ▮ had done well with being respectful towards staff and peers. ▮ expressed his feelings in a positive way and had appropriate conversations with his peers. He did talk to staff about wanting to go back to his old life when he was done at The Ranch. We look forward to ▮ staying away from negativity and internalizing the program.

▮ made a lot of progress in his time at Discovery Ranch. He had become a much more polite and gentle person than he was
when he came. He still struggled with the comfort of wanting to go back to the gang when he got home. He had put in a lot of effort while he had been here. He had been trying to branch out to other peers. He had been working on being better at shutting down negativity. Overall he had done a lot better in these areas, but he still had some work to do in being consistent.
▮ made good progress in being respectful to staff and having appropriate conversations. He still struggled with new staff for a bit, but he reached out and developed the skills to develop relationships. He was a little on the fence about hanging out with positive or negative peers. Most days he interacted with positive peers and avoided inappropriate conversations. Some days he enjoyed time with more negative peers and that started to impact his behavior. He regularly agonized over what to do when he went home, whether to be back in a gang and how that would impact his family. Overall
we were encouraged by his progress and excited to see him make some decisions about where he wanted to go.

▮ had been stagnant the last month he attended the non-public school. He made good choices for a few days but went back to some negative
behaviors occasionally. He still talked about wanting to go back to his old life but seemed happier when he was making positive choices. He had slipped up on a few little rules recently. We would have liked to see him internalize the importance of following rules. We also wanted to see fewer negative peer interactions.

The visit with his family during parent days was hard for him. Having new kids come
to the ranch that were talking about gangs also had been hard for him. ▮ focused on getting out of the ranch. He didn't care if he went to juvenile hall. He shared he would be fine with that. He had been pressuring his mother to pull him.

The last weekend he appeared to reset and he was positive and followed prompts. He was helpful and appeared to be going back to his positive self when he was working his program. He went to family therapy this week and did well, but then told his mother that he was going back to gangs when he leaves treatment. He said he did not care about breaking the law or hurting people. ▇ had had some struggles in school and struggled at times. He also was dysregulated when the caseload did a trust activity in the rec therapy group. He struggled trusting others would take care of him and keep him safe. He had huge trust issues. The school continued to provide him with support in school and the staff would continue to assist him in the house with any struggles and was encouraging and supportive of him finding a healthy lifestyle. The treatment plan was effective and would continue.

5/30/2024: School Psychologist took baseline data on ▇s social emotional goals. ▇ was observed to use appropriate coping strategies 4/5 opportunities within a 3 week period. ▇ was observed to use coping strategies such as taking deep breaths, politely asking for a break, taking a walk to the office and talking with a trusted adult.

**Vocational**
4/4/2024:
A transition interview and informal inventory was completed with ▇. After High School, ▇ would like to go into the field of construction or other physical labor. He indicated working as an electrician or lineman with PG&E.

**Adaptive/Daily Living Skills**
▇ demonstrates the ability to take care of his daily living needs and does not require goals in this area.

**Health**
4/4/2024:
Examiner: Denise Razo, School Nurse

Health history information obtained from medical records, school cumulative record, nurse assessment of student. The student currently resides with his mother in San Miguel, CA. The student's home language is Spanish. ▇ passed recent vision and hearing screening. ▇ used to have glasses for astigmatism but stated they are broken and he does not like to wear them. There are four health room visits documented across the last three years for illness or injury, 9/8/21, 10/12/21, 12/2/21, 2/8/22 Attempted to call Mother to review health information but the phone number listed in Aries is not working, no health information returned as of 2/27/24.

A review of his health history information taken from the report dated 11/17/2024 reported that developmental milestones were met within normal limits. Pregnancy was described as generally healthy with no reported complications at birth. ▇ has a diagnosis of ADHD and previous medications included Guanfacine 3mg and Citalopram 10mg.

For more details regarding the student's early childhood development, refer to previous psychoeducational reports and records.

Medical Diagnoses: ADHD, Seasonal allergies, Asthma
Medications: Abilify 10 mg. daily
Immunizations: Current

**For student to receive educational benefit, goals will be written to address the following areas of need:**
Academics in Reading, Writing, Math and Coping Skills, Social/Emotional, and Transition/Vocatonal Skills

| AMENDMENT DATE: 5/30/2024 | PURPOSE: Amendment |



**SAN LUIS OBISPO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA**
**Offer of FAPE - SERVICE**

Student Name: ███  Birthdate: ███  IEP Date: 4/10/2024

**The service options that were considered by the IEP team (List all):** General Education with Specialized Academic Instruction with related services, aids and supports
Learning Center Content Courses with related services, aids and support
Therapeutic Learning Center, District Class
Therapeutic Public Day School
Non-Public Therapeutic Residential School, Discovery Ranch for Boys

**In selecting LRE, describe the consideration given to any potential harmful effect on the child or on the quality of services that he or she needs:** The team determined that LRE for ███ is specialized academic instruction with related services, aids and supports.

His need for intensive specialized academic instruction outweighs any harmful effects of being educated separately from typical peers.

**SUPPLEMENTARY AIDS & SERVICES AND OTHER SUPPORTS FOR SCHOOL PERSONNEL, OR FOR STUDENT, OR ON BEHALF OF THE STUDENT**

☐ The IEP team discussed and determined program accommodations are not needed in general education classes or other education-related settings.
☑ The IEP team discussed and determined the following program accommodations are needed in general education classes or other education-related settings.

| Program Accommodations | Start Date | End Date | Location |
|---|---|---|---|
| Staff check-ins to identify ███ level of comprehension and reteaching needs. Provide verbal feedback and visual models. Extra time for completing tests and assignments without penalty; deliver content in small chunks; offer choices to have text to speech paired with visuals as needed for reading directions or reading passages above his independent reading level, shortened assignments to demonstrate mastery of key concepts. Provide written instructions, specific vocabulary instruction, verbal feedback and visual supports, tutoring, Read aloud text and questions. | 4/24/2024 | 4/23/2025 | Classroom Setting |
| Calculation devices Calculator (allowed items, grades 6-8 and 11) | 4/24/2024 | 4/23/2025 | Classroom Settings |

☑ The IEP team discussed and determined program modifications are not needed in general education classes or other education-related settings.
☐ The IEP team discussed and determined the following program modifications are needed in general education classes or other education-related settings.

| Program Modifications | Start Date | End Date | Frequency | Duration | Location |
|---|---|---|---|---|---|

☐ The IEP team discussed and determined other supports for school personnel, or for student, or on behalf of the student are not needed.
☑ The IEP team discussed and determined the following other supports for school personnel, or for student, or on behalf of the student are needed.

| Other Supports for School Personnel, or for Student, or on Behalf of Student | To Support | Start Date | End Date | Frequency | Duration | Location |
|---|---|---|---|---|---|---|
| Access to a movement break area and/or time away area to allow the opportunity for self regulation. | ☑ Student ☐ Personnel | 4/24/2024 | 4/23/2025 | Daily | Instructional Day | IRC/ORC |
| Visual supports, a daily posted schedule, graphic organizers, models and written steps for task completion in writing and solving math equations/word problems. | ☑ Student ☐ Personnel | 4/24/2024 | 4/23/2025 | Daily | Instructional Day | IRC/ORC |
| Provide a safe break space, 5 minutes of processing time and a supportive adult for ███ to consult with when he seeks assistance on campus. | ☑ Student ☐ Personnel | 4/24/2024 | 4/23/2025 | Daily | School Day | ORC/IRC |
| Ability to listen to relaxing music during independent work time as earned by work completion, specifically once completed with assigned task | ☑ Student ☐ Personnel | 6/1/2024 | 4/23/2025 | School Day | School Year | ORC/IRC |

## SPECIAL EDUCATION and RELATED SERVICES

| | |
|---|---|
| **Service:** *Individual counseling* | **Start Date:** *4/24/2024*    **End Date:** *4/23/2025* |
| **Provider:** *District of Service* | ☑ Ind ☐ Grp ☐ Sec Transition |
| **Duration/Freq:** *40* min served *Weekly* | **Location:** *Separate classroom in public integrated facility* |
| **Comments:** *Check in/out format at the beginning and end of ▇ school day.* | |
| **Service:** *Vocational assessment, counseling, guidance, and career assessment* | **Start Date:** *4/24/2024*    **End Date:** *4/23/2025* |
| **Provider:** *District of Service* | ☐ Ind ☑ Grp ☐ Sec Transition |
| **Duration/Freq:** *15* min served *Monthly* | **Location:** *Separate classroom in public integrated facility* |
| **Comments:** | |
| **Service:** *Career awareness* | **Start Date:** *4/24/2024*    **End Date:** *4/23/2025* |
| **Provider:** *District of Service* | ☐ Ind ☑ Grp ☐ Sec Transition |
| **Duration/Freq:** *15* min served *Monthly* | **Location:** *Separate classroom in public integrated facility* |
| **Comments:** | |
| **Service:** *Specialized Academic Instruction* | **Start Date:** *8/14/2024*    **End Date:** *4/9/2025* |
| **Provider:** *District of Service* | ☐ Ind ☑ Grp ☐ Sec Transition |
| **Duration/Freq:** *1350* min served *Weekly* | **Location:** *Separate classroom in public integrated facility* |
| **Comments:** ▇ *will participate in 6 class periods per day in the Learning Center Setting, with 2 of those class periods specifically in the Therapeutic Learning Center Classroom.* ▇ *will have access to the TLC classroom throughout the day for appropriate regulation and access to academics* | |
| **Service:** *Counseling and guidance* | **Start Date:** *4/24/2024*    **End Date:** *4/23/2025* |
| **Provider:** *District of Service* | ☐ Ind ☑ Grp ☐ Sec Transition |
| **Duration/Freq:** *30* min served *Weekly* | **Location:** *Separate classroom in public integrated facility* |
| **Comments:** | |
| **Service:** *Specialized Academic Instruction* | **Start Date:** *4/24/2024*    **End Date:** *8/13/2024* |
| **Provider:** *District of Service* | ☐ Ind ☑ Grp ☐ Sec Transition |
| **Duration/Freq:** *450* min served *Weekly* | **Location:** *Separate classroom in public integrated facility* |
| **Comments:** ▇ *will participate in 2 on campus courses until June 2024. The IEP team will meet every 30 days to assess his readiness to increase SAI and instructional time on campus.* | |

Programs and services will be provided according to where student is in attendance and consistent with the district of service calendar and scheduled services, excluding holidays, vacations, and non-instructional days unless otherwise specified.

**Special Education Transportation** ☐ Yes ☑ No

### EXTENDED SCHOOL YEAR (ESY)
☑ Yes ☐ No

**Rationale:** Edgar requires academic support to maintain academic skills and counseling to maintain and practice self-regulation and coping skills.

| | |
|---|---|
| **Service:** *Specialized Academic Instruction* | **Start Date:** *6/20/2024*    **End Date:** *7/19/2024* |
| **Provider:** *District of Service* | ☐ Ind ☑ Grp ☐ Sec Transition |
| **Duration/Freq:** *180* min served *Daily* | **Location:** *Separate classroom in public integrated facility* |
| **Comments:** *Credit Recovery Program for SAI* | |

| | |
|---|---|
| **Service:** *Individual counseling* | **Start Date:** *6/20/2024*  **End Date:** *7/19/2024* |
| **Provider:** *District of Service* | ☑ Ind  ☐ Grp  ☐ Sec Transition |
| **Duration/Freq:** *20* min served *Weekly* | **Location:** *Separate classroom in public integrated facility* |
| **Comments:** | |

Programs and services will be provided according to where student is in attendance and consistent with the district of service calendar and scheduled services, excluding holidays, vacations, and non-instructional days unless otherwise specified.

AMENDMENT DATE: 5/30/2024  PURPOSE: Amendment



**SAN LUIS OBISPO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA**
**IEP TEAM MEETING NOTES**

**Student Name:** ▉  **Birthdate:** ▉  **IEP Date:** 4/10/2024

**Date Saved:** 5/31/2024

**Notes:** ▉ 5_30_2024 IEP Amendment Meeting

Attendance
Krystel Kunhle (parent)- virtual
Dan Loney, General Education
Alisa Scheuring, School Psychologist
Leandra Santoianni, - Program Coordinator
Christine Cooks: Case Manager
Tristan Shorba, LEA
Dan Loney, General Education
Lisa Fiore, School Counselor

Introductions were made.

Purpose of the Meeting: 30 day IEP Meeting

Procedural Safeguards and Parent Rights were offered to be mailed to her (as parent was joining virtually). Parent declined accepting them or having them emailed to her.

School Psychologist shared information and updates regarding the Social Emotional goal. SP indicated that student is supported with individual counseling and not all attempts have been successful. SP indicated that she will present with data related to the goal.

First she reviewed the progress regarding the implementation of coping skills and reviewed a total of 4 observations and described what that looked like. SP described the effective utilization of coping skills. However as his days increase at the HS, SP indicates that he is utilizing the breaks more frequently and is respecting the time frame, which is 5 minutes. SP wonders what the need for the breaks are for. SP indicates that she has observed some defiance related to the use of his ear pods as he is not suppose to be wearing them during instructional time; however, is choosing to use them and indicated that he would not follow teachers directions. SP indicated that student was about 10 feet away from her during the observation.

Mom indicated that the ear pods do not need to be worn at school for instruction. Mom suggests that the use of the ear pods should be something that is earned. Mom indicates that she does not see how the student could be listening to music and learn. The team agreed. SP indicates that he is not hiding it. CM indicates that student is following along and still writing down and taking the guiding notes. CM indicates that when student will not taking them out; however, will turn down the volume when prompted.

SP indicates that student is very self aware. SP indicates that student will get very red in the cheeks when he is upset and frustrated providing a visual cue to those who are around him.

SP indicates that the other goal is related to completing non preferred tasks; however, there is not substantial data yet collected on that.

Mom discussed that the use of the air pods should be a privilege earned. SP and team discussed that we do not want this change to be viewed as a punishment and increase his dysregulation. Mom indicates that when student has completed their work; then, he could earn the privilege. SP indicates that this change may need to be presented in a way that this is to support his learning. LEA reiterated that learning is the need for focus. Mom reiterates that student cannot listen to music and learn.

The team agreed to change the other services notation related to air pods and clarify that student can utilize the air pods and the wording will now include "once completed with assigned task". Team agreed to this change.

Parent reported that ▇▇ is bothered by another student who disrespects the teacher that sits near him. The team agreed to change seating arrangements for ▇▇

School Counselor joined the meeting at 9:26 am

Case Manager discussed progress on his academic goals:
Reading Comprehension Goal: ▇▇
WRiting: not writing paragraph independently, but is working towards that when writing notes in class.
Math Goal: solving 50% accuracy in three trials.
Edgar is making progress on his goals. He is able to use context clues in History with guidance.

Team discussed attendance during 6th period but would attend his 7th period.
Ms. Cooks reported that she will talk with edgar before or after class about the student that he has a difficult time with in class.

Mr. Loney reported that he has met ▇▇ and has good interactions with him at football practice. He shared that ▇▇ has only attended 3 football practices. Mr. Loney discussed the requirements as far as attending and punctuality goes. Mr. Loney shared that ▇▇ is very respectful and works hard. He would be a great asset to the team, but needs to show up. Parent reported that ▇▇ feels out of the loop with a new group of students, which might be why ▇▇ has been hesitant to go to practice is. Ms Cooks shared that Sid may be able to walk ▇▇ to practice at 3:30pm. Mr. Shorba will ask Sid if that can be arranged.

The team transitioned to discussing placement for next school year. The team proposed TLC for next school year due to concerns with breaks and not accessing his learning. ▇▇ would be able to go into other LC classes, but TLC would provide him a space to take a break where he could be monitored and provided help. Program Coordinator suggested LC Math and English. Parent reported that TLC would be a good fit but noted that ▇▇ hated TLC at his previous placement. Parent agreed with the proposed scheduled. She emphasized that ▇▇ when he asks for a break he really needs space from others. The team explained how the TLC room is set up.

Ms Cooks shared, for history and science, ▇▇ would benefit from Learning Center. Mr. Shorba asked if ▇▇ would need the ELD classroom due to his most recent ELPAC scores. Ms. Fiore shared that if ▇▇ would be in the LC English, then he would not necessarily need to be placed in the ELD english class.

Program Coordinator shared the SAI minutes for a 7th period day. Parent agreed and confirmed what ▇▇ classes would be like.

Program Coordinator will ensure all the goal information is updated, draft the updated IEP and send it to mom via electronic signature (per parent preference) New IEP will be effective 8/14/2024.

Meeting ended at 9:47am.

P.1 PE

oP.2 Ac Seminar LC

P.3 Math LC

P.4 ELA LC

P.5 Science LC

P.6 History LC

P.7 Life Skills/Transition LC

$$\begin{array}{r} \overset{3}{4}5 \\ \times\ 6 \\ \hline 270 \end{array}$$

$$\begin{array}{r} \overset{2}{1}4 \\ 6 \\ \hline \end{array}$$

84% in / out 16%



# SAN LUIS OBISPO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA
## SIGNATURE AND PARENT CONSENT

**Student Name:** ▇▇▇▇▇▇▇▇▇   **Birthdate:** ▇▇▇▇▇▇   **IEP Date:** 5/30/2024

### IEP Meeting Participants

| Parent/Guardian/Surrogate | Date | Parent/Guardian | Date |
|---|---|---|---|
| Student/Adult Student | Date | General Education Teacher | Date |
| LEA Representative/Admin.Designee | Date | Special Education Specialist | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |

### CONSENT
☐ I agree to all parts of the IEP.
☐ I agree with the IEP, with the exception of
☐ I decline the offer of initiation of special education services.
☐ I understand that my child is **not** eligible for special education.
☐ I understand that my child is **no longer** eligible for special education.

**Signature below is to authorize and approve the IEP.**

Signature _____   Date _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

Signature _____   Date _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

### PARENT INVOLVEMENT
As a means of improving services and results for your child did the school facilitate parent involvement?
☑ Yes ☐ No ☐ No Response

If my child is or may become eligible for public benefits (Medi-Cal): I authorize the LEA/district to release student information for the limited purpose of billing Medi-Cal/Medicaid and to access Medi-Cal health insurance benefits for applicable services.

Signature _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

☐ Parent/Adult Student has received a copy of the Procedural Safeguards.
☐ Parent/Adult Student has received a copy of assessment report (if applicable).
☐ Parent/Adult Student has received a copy of the Individualized Education Plan (IEP).
☐ Parent/Adult Student has received written notification of protections available to parents when LEA requests to access Medi-cal benefits.
☐ Student enrolled in private school by their parents. Refer to Individual Service Plan, if appropriate.

Ed Go 5_30_2024 IEP Amendment Meeting

Attendance
Krystel Kunhle (parent)- virtual
Dan Loney, General Education
Alisa Scheuring , School Psychologist
Leandra Santoianni, - Program Coordinator
Christine Cooks: Case Manager
Tristan Shorba, LEA
Dan Loney, General Education
Lisa Fiore, School Counselor


Introductions were made.


Purpose of the Meeting: 30 day IEP Meeting

Procedural Safeguards and Parent Rights were offered to be mailed to her (as parent was joining virtually). Parent declined accepting them or having them emailed to her.

School Psychologist shared information and updates regarding the Social Emotional goal. SP indicated that student is supported with individual counseling and not all attempts have been successful. SP indicated that she will present with data related to the goal.

First she reviewed the progress regarding the implementation of coping skills and reviewed a total of 4 observations and described what that looked like. SP described the effective utilization of coping skills. However as his days increase at the HS, SP indicates that he is utilizing the breaks more frequently and is respecting the time frame, which is 5 minutes. SP wonders what the need for the breaks are for. SP indicates that she has observed some defiance related to the use of his ear pods as he is not suppose to be wearing them during instructional time; however, is choosing to use them and indicated that he would not follow teachers directions. SP indicated that student was about 10 feet away from her during the observation.

Mom indicated that the ear pods do not need to be worn at school for instruction. Mom suggests that the use of the ear pods should be something that is earned. Mom indicates that she does not see how the student could be listening to music and learn. The team agreed. SP indicates that he is not hiding it. CM indicates that student is following along and still writing down and taking the guiding notes. CM indicates that when student will not taking them out; however, will turn down the volume when prompted.

SP indicates that student is very self aware. SP indicates that student will get very red in the cheeks when he is upset and frustrated providing a visual cue to those who are around him.

SP indicates that the other goal is related to completing non preferred tasks; however, there is not substantial data yet collected on that.

Mom discussed that the use of the air pods should be a privilege earned. SP and team discussed that we do not want this change to be viewed as a punishment and increase his dysregulation. Mom indicates that when student has completed their work; then, he could earn the privilege. SP indicates that this change may need to be presented in a way that this is to support his learning. LEA reiterated that learning is the need for focus. Mom reiterates that student cannot listen to music and learn.

The team agreed to change the other services notation related to air pods and clarify that student can utilize the air pods and the wording will now include "once completed with assigned task". Team agreed to this change.

Parent reported that ▮ is bothered by another student who disrespects the teacher that sits near him. The team agreed to change seating arrangements for ▮

School Counselor joined the meeting at 9:26 am

Case Manager discussed progress on his academic goals:
Reading Comprehension Goal: ▮
WRiting: not writing paragraph independently, but is working towards that when writing notes in class.
Math Goal: solving 50% accuracy in three trials.
▮ is making progress on his goals. He is able to use context clues in History with guidance.

Team discussed attendance during 6th period but would attend his 7th period.
Ms. Cooks reported that she will talk with edgar before or after class about the student that he has a difficult time with in class.

Mr. Loney reported that he has met ▮ and has good interactions with him at football practice. He shared that ▮ has only attended 3 football practices. Mr. Loney discussed the requirements as far as attending and punctuality goes. Mr. Loney shared that ▮ is very respectful and works hard. He would be a great asset to the team, but needs to show up. Parent reported that ▮ feels out of the loop with a new group of students, which might be why ▮ has been hesitant to go to practice is. Ms Cooks shared that Sid may be able to walk ▮ to practice at 3:30pm. Mr. Shorba will ask Sid if that can be arranged.

The team transitioned to discussing placement for next school year. The team proposed TLC for next school year due to concerns with breaks and not accessing his learning ▮ would be able to go into other LC classes, but TLC would provide him a space to take a break where he could be monitored and provided help. Program Coordinator suggested LC Math and English. Parent reported that TLC would be a good fit but noted that Edgar hated TLC at his previous placement. Parent agreed with the proposed scheduled. She emphasized that ▮ when he

asks for a break he really needs space from others. The team explained how the TLC room is set up.

Ms Cooks shared, for history and science, ▮▮▮ would benefit from Learning Center. Mr. Shorba asked if ▮▮▮ would need the ELD classroom due to his most recent ELPAC scores. Ms. Fiore shared that if ▮▮▮ would be in the LC English, then he would not necessarily need to be placed in the ELD english class.

Program Coordinator shared the SAI minutes for a 7th period day. Parent agreed and confirmed what ▮▮▮s classes would be like.

Program Coordinator will ensure all the goal information is updated, draft the updated IEP and send it to mom via electronic signature (per parent preference) New IEP will be effective 8/14/2024.

Meeting ended at 9:47am.

# San Luis Obispo County SELPA

**Student Legal Name:** ▓▓▓▓  **Date of Birth:** ▓▓▓▓  **Amendment Date:** 5/30/2024

## Electronic Signatures

I agree to the contents of the amendment to the IEP dated 04/10/2024.

If my child is or may become eligible for public benefits (Medi-Cal): I authorize the LEA/district to release student information for the limited purpose of billing Medi-Cal/Medicaid and to access Medi-Cal: health insurance benefits for applicable services. **I agree**

*[signature: Krystel Kuhnle]*

**Krystel Kuhnle** (Parent)
Signed on 6/2/2024 7:22 PM



**SAN LUIS OBISPO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA**
**SIGNATURE AND PARENT CONSENT**

**SELPA**
SAN LUIS OBISPO COUNTY

Student Name: ▓▓▓▓▓▓▓▓   Birthdate: ▓▓▓▓▓▓▓▓   IEP Date: 5/30/2024

### IEP Meeting Participants

| Parent/Guardian/Surrogate | Date | Parent/Guardian [signed] | Date 5/30/24 |
| Student/Adult Student [signed] | Date 5/30/24 | General Education Teacher [signed] | Date 5/30/24 |
| LEA Representative/Admin.Designee [signed] | Date 5/30/24 | Special Education Specialist | Date |
| Additional Participant/Title — School Counselor [signed] | Date 5/30/24 | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title — Psych [signed] | Date 5/30/24 | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |

### CONSENT

☐ I agree to all parts of the IEP.
☐ I agree with the IEP, with the exception of
☐ I decline the offer of initiation of special education services.
☐ I understand that my child is <u>not</u> eligible for special education.
☐ I understand that my child is <u>no longer</u> eligible for special education.

**Signature below is to authorize and approve the IEP.**

Signature _____   Date _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

Signature _____   Date _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

### PARENT INVOLVEMENT

As a means of improving services and results for your child did the school facilitate parent involvement?
☑ Yes ☐ No ☐ No Response

If my child is or may become eligible for public benefits (Medi-Cal): I authorize the LEA/district to release student information for the limited purpose of billing Medi-Cal/Medicaid and to access Medi-Cal: health insurance benefits for applicable services.

Signature _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

☐ Parent/Adult Student has received a copy of the Procedural Safeguards.
☐ Parent/Adult Student has received a copy of assessment report (if applicable).
☐ Parent/Adult Student has received a copy of the Individualized Education Plan (IEP).
☐ Parent/Adult Student has received written notification of protections available to parents when LEA requests to access Medi-cal benefits.
☐ Student enrolled in private school by their parents. Refer to Individual Service Plan, if appropriate.